IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARTA GARR,

    Plaintiff,

v.

EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC.,

    Defendant.

No. 3:22-cv-00175-HZ

JUDGMENT

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice. Pending motions, if any, are denied as moot.

DATED:   March 11, 2022  .

                /s/ Marco Hernández
              MARCO A. HERNÁNDEZ
              United States District Judge

1 – JUDGMENT